COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re BridgeTex Pipeline Company, LLC

Appellate case number:    01-16-00632-CV

Trial court case number:  2014-63615

Trial court:              133rd District Court of Harris County

On August 10, 2016, BridgeTex Pipeline Company, LLC filed a petition for writ of mandamus and a motion for temporary relief. We ordered the real party in interest, Primoris Energy Services corporation d/b/a Sprint Pipeline Services, to file a response to the motion for temporary relief by August 17, 2016. On August 17, 2016, the parties filed an agreed motion to abate the mandamus proceeding because the parties have reached a settlement. The parties ask that we abate all deadlines until they either notify us that a settlement agreement has been executed or until BridgeTex asks us to lift the abatement and take action on the petition and motion for temporary relief. We **grant** the motion.

Accordingly, this original proceeding is abated, treated as a closed case, and removed from this court's active docket. The proceeding will be reinstated on this court's active docket either when the parties file a motion to reinstate or a motion to dismiss the proceeding based on an executed settlement agreement.

It is so ORDERED.


Judge's signature: /s/ Rebeca Huddle
                      ☑ Acting individually      ☐ Acting for the Court


Date:  August 18, 2016